**MEMO ENDORSED**

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 27, 2020

> Deft's request to adjourn the Sentencing from Aug. 6, 2020 until Oct. 8, 2020 at 11:00 am is granted. Clerk of the Court requested to terminate the motion (doc. 308).
> Dated: July 27, 2020
> SO ORDERED.
> Nelson S. Román, U.S.D.J.

**BY ECF**
The Honorable Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: United States v. Markel Green; 17 Cr. 506 (NSR) -06

Dear Judge Roman:

I represent Markel Green in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on September 7, 2017. After months of negotiations, Mr. Green pleaded guilty on January 8, 2020 to a two-count superseding information, which included his participation in a homicide that occurred on December 23, 2012. He faces a maximum sentence of 25 years' incarceration. Sentencing is presently scheduled for August 6, 2020.

The purpose of this application is to respectfully request that the Court adjourn sentencing until the end of September or early October. In light of the COVID-19 pandemic, our preparation for sentencing has been significantly impacted. As such, an adjournment is necessary. I have discussed this request with the Government and there is no objection.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020