**MEMO ENDORSED**

**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 20, 2021

> Deft's request to adjourn the sentencing from Jan. 26, 2021 until Mar. 31, 2021 at 2:00 pm or, alternatively, Apr. 1, 2021 at 2:00 pm is granted without objection from the Government. Clerk of the Court requested to terminate the motion (doc. 364).
> Dated: Jan. 20, 2021
>
> SO ORDERED:
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: United States v. Markel Green; 17 Cr. 506 (NSR) -06

Dear Judge Roman:

I represent Markel Green in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on September 7, 2017. After months of negotiations, Mr. Green pleaded guilty on January 8, 2020 to a two-count superseding information, which included his participation in a homicide that occurred on December 23, 2012. He faces a maximum sentence of 25 years' incarceration. <u>Sentencing is presently scheduled for January 26, 2021</u>.

The <u>purpose of this application is to respectfully request that the Court adjourn sentencing until March, 2021</u>. In light of the COVID-19 pandemic, our preparation for sentencing has been significantly impacted. As such, an adjournment is necessary. <u>I have discussed this request with the Government and there is no objection.</u>

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2021