UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

      - against -

MARKEL GREEN,

                Defendant.

-------------------------------------------------------X

S1 17 Cr. 506-06 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated January 8, 2021, is approved and accepted.

                                                      SO ORDERED.

                                                      _____
                                                      Nelson S. Román
                                                      United States District Judge

Dated: White Plains, NY
         September 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/21/2021__